## HUDSON v. WILLIAMS.

*Lumpkin, J.*—An examination of the pleadings and of the evidence submitted at the hearing does not disclose that there was any abuse of discretion in refusing to grant the injunction prayed for.                                             *Judgment affirmed.*

June 12, 1896.   By two Justices.   Argued at the last term.

Petition for injunction.   Before Judge Bower.   Baker county.   August 19, 1895.

*R. Hobbs* and *Wooten & Wooten,* for plaintiff.
*Donalson & Hawes,* for defendant.

---

## BUCK & DOWNING v. BEACH & CO.

## BUCK & DOWNING v. NICHOLLS MFG. CO.

*Lumpkin, J.*—The evidence being conflicting, and the effect of the order passed by the judge being to preserve the existing *status* and protect all of the contending parties in their rights until the same could be finally passed upon and determined by a jury, there was no abuse of discretion in denying the prayers for injunction respectively made by the parties on both sides, in case bonds should be given as by such order required; nor in ordering the writ of injunction to issue against such of the parties as failed to give bond.          *Judgment affirmed.*

June 18, 1896.   By two Justices.   Argued at the last term.

Petitions for injunction.   Before Judge Sweat.   Coffee county.   January 11, 1896.

*Quincy & McDonald* and *Toomer & Reynolds,* for plaintiffs.   *John C. McDonald,* for defendants.